11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Christian Israel Vasquez-Malagon

Appellant

Vs.                   No. 11-03-00269-CR B Appeal from Harris County

State of Texas

Appellee

 

Christian Israel Vasquez-Malagon entered a
plea of guilty to the offense of robbery. 
Pursuant to a plea bargain agreement, the trial court convicted
appellant and assessed his punishment at confinement for 6 years.  We dismiss the appeal.

In its certification of defendant=s right to appeal, the trial court stated
that this was a plea bargain case; that appellant had no right to appeal; and
that, moreover, appellant had waived his right to appeal.  Therefore, the appeal is dismissed for want
of jurisdiction.

 

PER CURIAM

 

September 19, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.